# Court of Appeals
# of the State of Georgia

ATLANTA, October 31, 2016

*The Court of Appeals hereby passes the following order*

**A17D0109. DRUID HILLS CIVIC ASSOCIATION, INC. et al. v. ROBERT H. BUCKLER et al..**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

14CV11154 11CV5557 11CV5574 12CV6018 13CV3662 13CV3625 15CV4896



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta, October 31, 2016.*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*